FRANKLIN FORD, Appellant, v. WILLIAM J. O'SHEA, as Superintendent of Schools of the City of New York, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [136 Misc. 921.]

INDUSTRIAL ENGINEERING COMPANY, Appellant, v. REPUBLIC STORAGE COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of ISRAEL KLADNEVE, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [133 Misc. 766.]

MORGAN LUMBER COMPANY, INC., and Others, Appellants, v. SAMUEL C. DUBERSTEIN and Others, Defendants, Impleaded with MORRIS WEISS, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WARREN-TURNER REALTY CORPORATION, Appellant, v. CHARLES F. MULLER and FLORA P. UNGER, as Executors and Trustees, etc., of ADAM MULLER, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of JOHN J. FOURNIER, Petitioner, for a Certiorari Order against JOSEPH A. WARREN, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of WILLIAM J. GILLEN, Petitioner, for a Certiorari Order against JOSEPH A. WARREN, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of WALTER HUTWELKER, INC., for an Order Compelling LOUIS DORFMAN, an Attorney at Law, to Turn over Papers. WALTER HUTWELKER, INC., Appellant; LOUIS DORFMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

KARL JAPHA, Appellant, v. MAXIMILIAN ZOLNIER and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted on payment by plaintiff of taxable costs to date of motion, including ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE SAHOFF CORPORATION, Respondent, v. CARL G. FISHER and THE CARL G. FISHER COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

DOROTHY KNAPP, Respondent, v. ANN WAINWRIGHT PENFIELD (Also Known as Mrs. FREDERICK COURTLANDT PENFIELD), Appellant, Impleaded with Others,